IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LORENZO E. WALKER,**

   **Petitioner,**

**v.**              Case No.  4:15cv234-MW/CJK

**JULIE L. JONES,**

   **Respondent.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 19.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Lorenzo Walker*, Leon County Circuit Court Case No. 09-CF-2275 is **DENIED**.  A Certificate of Appealability is

1

**DENIED.**"  The Clerk shall close the file.

**SO ORDERED on March 21, 2017.**

**s/Mark E. Walker**          ____
**United States District Judge**
